# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

**UNITED STATES OF AMERICA,**   Criminal File No. 06-207

      **Plaintiff,**

v.   ORDER

**DANIEL TOVAR-ARGUELLO,**
a/k/a Daniel Tovar (1), a/k/a
Daniel Arguello (1),

      **Defendant.**

---

William H. Koch, Assistant United States Attorney, Counsel for Plaintiff.

Lyonel Norris, Office of the Federal Defender, Counsel for Defendant.

---

Defendant seeks an order directing the U.S. Marshal to transport him to a medical facility for examination of his hand and wrist. This examination is necessary for Defendant to pursue a civil claim that he was injured in the course of his employment.

**IT IS HEREBY ORDERED:**

1. The United States Marshal shall transport Daniel Tovar-Arguello to a medical facility near where he is being held for an examination of his hand and

-1-

wrist; and

    2. The United States Marshal shall forward the results of the examination to the following people:

    a.    Federal Defender Lyonel Norris,

    b.    Assistant United States Attorney William Koch, and

    c.    Ross L. Leuning, Esq.
          Walbran Furness & Leuning
          140 E. Main Street
          P. O. Box 273
          Owatonna, MN 55060

Dated: October 16, 2006                        s / Michael J. Davis
                                                        MICHAEL J. DAVIS
                                                          United States District Court